**UNITED STATES COURT OF INTERNATIONAL TRADE**                **FORM 3**

Pipe & Piling Supplies Ltd.,

        Plaintiff,

v.                                                                **S U M M O N S**
                                                                  **CIT NO.  26-03121**

United States,

        Defendant.

**TO:**   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

     **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.


                              **/s/ Gina Justice**
                              Clerk of the Court

1.    Name and Standing of Plaintiff

Plaintiff Pipe & Piling Supplies ("Pipe & Piling") is a foreign producer and/or exporter of subject merchandise *(i.e.* Large Diameter Welded Pipe From Canada) subject to the final determination being challenged in this action.  Therefore, Plaintiff is an interested party within the meaning of 19 U.S.C. §§ 1677(9)(A) and 1516a(f)(3), and 28 U.S.C. § 2631(k)(1).  Plaintiff was the mandatory respondent and also fully and actively participated in the underlying administrative proceeding that led to the determination being challenged.  Accordingly, Plaintiff has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2.    Brief Description of Contested Determination

Plaintiff contest the factual findings and legal conclusions issued by the U.S. Department of Commerce ("Department") in the final results of the administrative review of the antidumping duty order on Large Diameter Welded Pipe From Canada covering shipments of subject merchandise during the time period May 1, 2023 through April 30, 2024.  *See Large Diameter Welded Pipe From Canada: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2023– 2024 (A–122–863)*, 91 Fed. Reg. 23,394 (May 1, 2026) ("Final Results") and accompanying Issues and Decision Memorandum dated April 27, 2026 ("Final Decision Memo").

3.      Date of Determination

The Department's above-referenced Final Results of Antidumping Duty Administrative Review were issued on April 27, 2026, and published in the Federal Register on May 1, 2026.

4.      If applicable, date of publication in Federal Register of notice of contested determination

The Department's above-referenced Final Results of Antidumping Duty Administrative Review was published in the Federal Register on May 1, 2026.  *See* 91 Fed. Reg. 23,394 (May 1, 2026).   The Department's Final Decision Memorandum was not published in the Federal Register.

Alexander H. Schaefer, Esq.

Crowell & Moring LLP
600 Fifth Street, N.W.
Washington, D.C.  20001
Tel: (202) 624-2773
Email: aschaefer@crowell.com

Counsel for Plaintiff

*/s/ Alexander H. Schaefer*
_____
Signature of Plaintiff's Attorney

June 23, 2026
_____
Date

**SERVICE OF SUMMONS BY THE CLERK**

This is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) of the Tariff Act of 1930, as amended (19 U.S.C. § 1516a(a)(2)). Pursuant to Rule 3(a)(2), this action is commenced by filing a summons only. Pursuant to Rules 4(a)(1) and (4), the Clerk of the Court is required to make service of the summons on each of the following named defendants:

**UPON THE UNITED STATES:**

Attorney-in-Charge
General International Trade Field Office
U.S. Department of Justice
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Brenna Jenny, Deputy Assistant Attorney General
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

**UPON THE DEPARTMENT OF COMMERCE:**

Robert Heilferty
Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

**CERTIFICATE OF SERVICE**

Pursuant to Rule 3(f) of the Court of International Trade, I, Alexander H. Schaefer, hereby certify that I have caused copies of the following documents: 1) Form 3 - Summons; 2) Form 5 – Information Statement; and 3) Form 13 – Corporate Disclosure, in Pipe & Piling Supplies Ltd. v. United States of America, Case No. 26-03121, be served upon the parties in the administrative proceeding, by the U.S. certified mail, return receipt requested on June 23, 2026.

Timothy C Brightbill, Esq.
Representative of The American Line Pipe Producers Association Trade Committee
**Wiley Rein LLP**
2050 M Street, NW
Washington, DC 20036
Phone: 202-719-7000
Email: tbrightbill@wiley.law

Nancy A Noonan, Esq.
Representative of Canam Group Inc.
**ArentFox Schiff LLP**
1717 K St., NW
Washington, DC 20006
Phone: 2028576000
Email: nancy.noonan@afslaw.com

Craig A. Lewis, Esq.
Representative of Evraz Inc. NA Canada, Evraz Inc. NA
**Hogan Lovells US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Phone: 202-637-5600
Email: craig.lewis@hoganlovells.com