## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **PIPE & PILING SUPPLIES LTD.,**<br><br>                                   **Plaintiff,**<br><br>   **v.**<br><br>**UNITED STATES,**<br><br>                                   **Defendant.** | **Before: Hon. Jane A. Restani,**<br>                **Judge**<br><br>**Court No. 26-03121** |

### CONSENT MOTION TO INTERVENE AS A MATTER OF RIGHT

Pursuant to Rules 24(a) and (c) of the Rules of the United States Court of International Trade, The American Line Pipe Producers Association Trade Committee (the "ALPPA Trade Committee"),[1] by and through its attorneys, respectfully requests that the Court grant this consent motion to intervene as a matter of right in the above-captioned action as defendant-intervenor.

Pipe & Piling Supplies Ltd. ("Plaintiff") instituted this action pursuant to Section 516A(a)(2) of the Tariff Act of 1930, *as amended* (the "Act"), 19 U.S.C. § 1516a(a)(2), to contest the U.S. Department of Commerce's final results of the 2023 – 2024 administrative review of the antidumping duty order on large diameter welded pipe from Canada. Compl. (July 14, 2026), ECF No.8 ("Compl."); *see Large Diameter Welded Pipe From Canada*, 91 Fed. Reg. 23,394 (Dep't Commerce May 1, 2026) (final results of antidumping duty admin. rev.; 2023–2024).

The ALPPA Trade Committee may intervene in this action as a matter of right. Pursuant to 28 U.S.C. § 2631, anyone who "would be adversely affected or aggrieved by a decision in a civil action pending in the Court of International Trade" may seek to intervene in that action.

---

[1]      The members of the ALPPA Trade Committee are American Cast Iron Pipe Company, Berg Pipe Panama City Corp. / Berg Pipe Mobile Corp., Dura-Bond Industries, Stupp Corporation, Welspun Global Trade LLC, Skyline Steel and Trinity Products LLC.

Ct. No. 26-03121

28 U.S.C. § 2631(j)(1). Moreover, in a civil action under 516A of the Act, "an interested party who was a party to the proceeding in connection with which the matter arose" may intervene as a matter of right. *Id.* § 2631(j)(1)(B). The majority of the member companies of the ALPPA Trade Committee are domestic producers of large diameter welded pipe and the ALPPA Trade Committee is an "interested party" within the meaning of 19 U.S.C. § 1677(9)(F).  Further, the ALPPA Trade Committee actively participated in the antidumping duty administrative review that is the subject of this appeal, including by filing a request for administrative review as well as the submission of comments on questionnaire responses and a rebuttal brief. The ALPPA Trade Committee is thus a "party to the proceeding" as required by 28 U.S.C. § 2631(j)(1)(B). As an "interested party" within the meaning of 19 U.S.C. § 1677(9) and a party to the proceeding, the ALPPA Trade Committee may intervene in the above-captioned action as a matter of right pursuant to 28 U.S.C. § 2631(j)(1)(B) and 28 U.S.C. § 2631(k)(1).

Plaintiff filed a complaint in this action on July 14, 2026. *See* Compl. This motion is being made within thirty days after the date of service of Plaintiff's complaint and therefore is timely under Rules 24(a) and 6(a) of the Rules of this Court.

As required by Rules 7(b) and (f) of the Rules of this Court, counsel for the ALPPA Trade Committee has consulted with the parties to this action concerning this motion. Counsel for Plaintiff, Weronika Bukowski of Crowell & Moring, LLP, consented to this motion via email on August 13, 2026. Counsel for Defendant, Douglas Glenn Edelschick of the U.S. Department of Justice, consented to this motion via email on August 13, 2026.

**Ct. No. 26-03121**

Therefore, we respectfully request that the Court grant the ALPPA Trade Committee's consent motion to intervene as a matter of right as defendant-intervenor in the above-captioned action.

Respectfully submitted,

 */s/ Timothy C. Brightbill*
Timothy C. Brightbill, Esq.
Laura El-Sabaawi, Esq.
Elizabeth S. Lee, Esq.
Paul A. Devamithran, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

*Counsel to The American Line Pipe*
*Producers Association Trade Committee*

Dated: August 13, 2026

3

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **PIPE & PILING SUPPLIES LTD.,**<br><br>                              **Plaintiff,**<br><br>       **v.**<br><br>**UNITED STATES,**<br><br>                              **Defendant.** | **Before: Hon. Jane A. Restani,**<br>                    **Judge**<br><br>**Court No. 26-03121** |

## <u>ORDER</u>

Upon consideration of the consent motion of The American Line Pipe Producers Association Trade Committee (the "ALPPA Trade Committee"), to intervene as a matter of right as defendant-intervenor in the above-captioned action, it is hereby

**ORDERED**, that the ALPPA Trade Committee's motion to intervene is granted, and it is further

**ORDERED**, that the ALPPA Trade Committee be entered as defendant-intervenor in the above-captioned action.

_____
                Hon. Jane A. Restani, Judge

Dated: _____, 2026
            New York, New York