## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **PIPE & PILING SUPPLIES LTD.,**<br><br>     **Plaintiff,**<br><br> **v.**<br><br><br>**UNITED STATES,**<br><br>     **Defendant.** | **Before: Hon. Jane A. Restani,**<br>     **Judge**<br><br>**Court No. 26-03121** |

## <u>ORDER</u>

Upon consideration of the consent motion of The American Line Pipe Producers Association Trade Committee (the "ALPPA Trade Committee"), to intervene as a matter of right as defendant-intervenor in the above-captioned action, it is hereby

**ORDERED**, that the ALPPA Trade Committee's motion to intervene is granted, and it is further

**ORDERED**, that the ALPPA Trade Committee be entered as defendant-intervenor in the above-captioned action.

/s/   Jane A. Restani
Hon. Jane A. Restani, Judge

Dated:   August 14,   , 2026
    New York, New York